Submitted on record and briefs May 29, reversed July 31, 1996

# STATE ex rel Rebecca LANGEHENNIG,
*Respondent,*

*v.*

# Roy Alton LONG, Jr.,
*Appellant.*

(94DM0797; CA A87484)

920 P2d 567

Jeremiah J. Scannell filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant was found guilty of wilful violation of a domestic abuse restraining order. He contends on appeal that the evidence offered by the state did not establish that he violated the restraining order. The state agrees that the evidence was insufficient to support the court's finding of guilty. We accept that concession.

Reversed.